## Check Stub — SERENA E WILLIAMS

**THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS**

WILLIAMS, SERENA E  Employee ID: [redacted]  EFT Date: 10/15/15  EFT No.: 03932563

| | GROSS | TAXABLE GROSS | NET PAY | PRE-TAX DED. | CURRENT | CALENDAR YTD | AFTER-TAX DED. | CURRENT | CALENDAR YTD |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 2,841.24 | 2,393.64 | 2,160.32 | TRS Dep | 204.57 | 3,647.30 | TRS Ins | 18.47 | 349.77 |
| CALENDAR YTD | 53,801.84 | 45,017.61 | 41,840.88 | Dental | 16.71 | 317.49 | Alief Educ | 1.00 | 19.00 |
| EARNINGS TYPE | HOURS | CURRENT | POSITION YTD | Medical | 160.00 | 3,040.00 | | | |
| ASST PRIN | | 2,841.24 | 14,206.20 | Vision | 16.32 | 310.08 | | | |
| | | | | Gap | 0.00 | 519.36 | | | |
| | | | | 457 Plan | 50.00 | 950.00 | | | |

**LEAVE**

| TYPE | BALANCE | MANDATORY | CURRENT | CALENDAR YTD | TAX INFO | FEDERAL |
|---|---|---|---|---|---|---|
| Local Sick Leave | 10.5 | Medicare | 38.40 | 719.45 | FILE STATUS | S |
| State Personal Leave | 7.5 | Federal WH | 175.45 | 2,088.51 | EXEMPTIONS | 6 |
| | | | | | ADDL TAX | 0.00 |



**Alief Independent School District**
P.O. BOX 68 - ALIEF, TX 77411

First Comm    [redacted]   C    2,160.32

11SH - EFT
SERENA E WILLIAMS
618 DALTON LANE
SUGAR LAND TX 77479

[ Print ]

◀ Back

**Check Stub** — SERENA E WILLIAMS — (Help)

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS

WILLIAMS, SERENA E | Employee ID: ▊▊▊▊ | EFT Date: 09/30/15 | EFT No.: 03925532

| | GROSS | TAXABLE GROSS | NET PAY | PRE-TAX DED. | CURRENT | CALENDAR YTD | AFTER-TAX DED. | CURRENT | CALENDAR YTD |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 2,841.24 | 2,393.64 | 2,160.32 | TRS Dep | 204.57 | 3,442.73 | TRS Ins | 18.47 | 331.30 |
| CALENDAR YTD | 50,960.60 | 42,623.97 | 39,680.56 | Dental | 16.71 | 300.78 | Alief Educ | 1.00 | 18.00 |
| EARNINGS TYPE | HOURS | CURRENT | POSITION YTD | Medical | 160.00 | 2,880.00 | | | |
| ASST PRIN | | 2,841.24 | 11,364.96 | Vision | 16.32 | 293.76 | | | |
| | | | | Gap | 0.00 | 519.36 | | | |
| | | | | 457 Plan | 50.00 | 900.00 | | | |

LEAVE

| TYPE | BALANCE | MANDATORY | CURRENT | CALENDAR YTD | TAX INFO | FEDERAL |
|---|---|---|---|---|---|---|
| Local Sick Leave | 10.5 | Medicare | 38.40 | 681.05 | FILE STATUS | S |
| State Personal Leave | 7.5 | Federal WH | 175.45 | 1,913.06 | EXEMPTIONS | 6 |
| | | | | | ADDL TAX | 0.00 |



Alief Independent School District
P.O. BOX 68 - ALIEF, TX 77411

115H - EFT
SERENA E WILLIAMS
618 DALTON LANE
SUGAR LAND TX 77479

First Comm     ▊▊▊    C    2,160.32

[ Print ]

⬅ Back



**Check Stub** — SERENA E WILLIAMS

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS

WILLIAMS, SERENA E — Employee ID: [redacted] — EFT Date: 09/15/15 — EFT No.: 03919103

| | GROSS | TAXABLE GROSS | NET PAY | PRE-TAX DED. | CURRENT | CALENDAR YTD | AFTER-TAX DED. | CURRENT | CALENDAR YTD |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 2,841.24 | 2,393.64 | 2,160.32 | TRS Dep | 204.57 | 3,238.16 | TRS Ins | 18.47 | 312.83 |
| CALENDAR YTD | 48,119.36 | 40,230.33 | 37,520.24 | Dental | 16.71 | 284.07 | Alief Educ | 1.00 | 17.00 |
| EARNINGS TYPE | HOURS | CURRENT | POSITION YTD | Medical | 160.00 | 2,720.00 | | | |
| ASST PRIN | | 2,841.24 | 8,523.72 | Vision | 16.32 | 277.44 | | | |
| | | | | Gap | 0.00 | 519.36 | | | |
| | | | | 457 Plan | 50.00 | 850.00 | | | |

LEAVE

| TYPE | BALANCE | MANDATORY | CURRENT | CALENDAR YTD | TAX INFO | FEDERAL |
|---|---|---|---|---|---|---|
| Local Sick Leave | 10.5 | Medicare | 38.40 | 642.65 | FILE STATUS | S |
| State Personal Leave | 7.5 | Federal WH | 175.45 | 1,737.61 | EXEMPTIONS | 6 |
| | | | | | ADDL TAX | 0.00 |

**Alief Independent School District**
P.O. BOX 68 - ALIEF, TX 77411

First Comm — [redacted] — C — 2,160.32

115H - EFT
SERENA E WILLIAMS
618 DALTON LANE
SUGAR LAND TX 77479

Print

Back

| Check Stub | | | SERENA E WILLIAMS | | | | | Help |

**THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS**

WILLIAMS, SERENA E  Employee ID:  EFT Date: 08/31/15  EFT No.: 03912905

| | GROSS | TAXABLE GROSS | NET PAY | PRE-TAX DED. | CURRENT | CALENDAR YTD | AFTER-TAX DED. | CURRENT | CALENDAR YTD |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 2,841.24 | 2,375.39 | 2,145.28 | TRS Dep | 190.36 | 3,033.59 | TRS Ins | 18.47 | 294.36 |
| CALENDAR YTD | 45,278.12 | 37,836.69 | 35,359.92 | Dental | 16.71 | 267.36 | Alief Educ | 1.00 | 16.00 |
| EARNINGS TYPE | HOURS | CURRENT | POSITION YTD | Medical | 160.00 | 2,560.00 | | | |
| ASST PRIN | | 2,841.24 | 5,682.48 | Vision | 16.32 | 261.12 | | | |
| | | | | Gap | 32.46 | 519.36 | | | |
| | | | | 457 Plan | 50.00 | 800.00 | | | |

**LEAVE**

| TYPE | BALANCE | MANDATORY | CURRENT | CALENDAR YTD | TAX INFO | FEDERAL |
|---|---|---|---|---|---|---|
| Local Sick Leave | 10.5 | Medicare | 37.93 | 604.25 | FILE STATUS | S |
| State Personal Leave | 7.5 | Federal WH | 172.71 | 1,562.16 | EXEMPTIONS | 6 |
| | | | | | ADDL TAX | 0.00 |

**Alief**
Independent School District
P.O. BOX 68 - ALIEF, TX 77411

First Comm          C    2,145.28

115H - EFT
SERENA E WILLIAMS
618 DALTON LANE
SUGAR LAND TX 77479

Print

Back