

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/17/2015

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 15-35677-H2-13 |
| Serena Evon Williams | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### AMENDED ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

**ORDERED:**

1. Alief ISD, PO Box 68, Alief, Texas 77411, is ordered to pay **$1,380.00 (Semi-Monthly)** out of the income of <u>Serena Evon Williams</u> to the Chapter 13 Trustee. Payment shall be made to:

   William E Heitkamp
   PO Box 740
   Memphis, TN 38101

2. These wage deductions shall continue until further order of this Court.

3. The Chapter 13 Trustee and the Debtor(s) shall each submit a copy of this order to the employer.

4. The Employer, or its agent, shall NOT charge the Debtor any fee for the execution of or Compliance with this Order.

Approved: 11/12/15

HONORABLE DAVID R JONES
UNITED STATES BANKRUPTCY JUDGE

/s/Serena Evon Williams
Serena Evon Williams