Sarah B. Gerdes TBA #24067923
Southern District Bar No. 1027701
**SEARS │ BENNETT │ GERDES │ LLP**
9700 Richmond Avenue, Suite 222
Houston, Texas 77042
(713) 782-1788 Telephone
(713) 782-1787 Facsimile

ATTORNEY FOR CLAIMANT

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In Re | Case No. 15-35677 |
| **Serena Evon Williams** | Chapter 13 |

### NOTICE OF APPEARANCE PURSUANT TO
### BANKRUPTCY RULE 9010(b)
### AND REQUEST FOR NOTICES AND PLEADINGS

Sarah B. Gerdes hereby enters an appearance on behalf of BRUNSWICK MEADOWS HOMEOWNERS ASSOCIATION, INC., a creditor or party in interest in the above referenced cause.

1. The undersigned hereby respectfully requests that copies of all pleadings, notices, motions, proceedings, hearings and documents filed in this case by the Debtor, Trustee, or other interested parties, including creditors of the debtor, be addressed to and promptly delivered to the undersigned pursuant to Bankruptcy Rules 2002(a), (b), and (f), and 3017(a).

2. Please send all notices and documents to:

> BRUNSWICK MEADOWS HOMEOWNERS ASSOCIATION, INC.
> c/o **SEARS │ BENNETT │ GERDES │ LLP**
> 9700 Richmond Avenue #222
> Houston, Texas 77042
> Sarah@searsfirm.com

SDG:  BRUNSM-115

3. Please include, without limitation, all notices, copies and pleadings referred to in the United States Bankruptcy Code or in the Bankruptcy Rules, or in the Local Rules 4001, pursuant to section 1109(b) of the Bankruptcy code.

4. The foregoing request includes not only the notices and papers referred to in the Bankruptcy rules but also includes without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether the same be formal or informal, written or oral, and whether the same be transmitted or conveyed by mail, delivery, telephone, telegraph, e-service, telex (fax) or otherwise filed or taken in the above referenced case and proceedings.

5. It is further requested that the following names and addresses be added to the official mailing matrix or list of creditors prepared or existing in this cause.

> BRUNSWICK MEADOWS HOMEOWNERS ASSOCIATION, INC.
> c/o **SEARS | BENNETT | GERDES | LLP**
> 9700 Richmond Avenue #222
> Houston, Texas 77042
> Sarah@searsfirm.com

    RESPECTFULLY SUBMITTED,
    **SEARS | BENNETT | GERDES | LLP**

    */s/ Sarah B. Gerdes*
    SARAH B. GERDES
    Texas State Bar No. 24067923
    TERRY H. SEARS
    Texas State Bar No. 00788379
    9700 Richmond Avenue, Suite 222
    Houston, Texas  77042
    Telephone: 713.782.1788
    Facsimile: 713.782.1787

    ATTORNEY FOR CLAIMANT

SDG:  BRUNSM-115

## CERTIFICATE OF SERVICE

I do hereby certify that on Thursday, February 16, 2017, this Notice of Appearance Pursuant to Bankruptcy Rule 9010(b) and Request for Notices and Pleadings has been served via e-service or first class mail, postage prepaid, upon the entities listed below.

/s/ *Sarah B. Gerdes*
Sarah B. Gerdes TSB: #24067923
Southern District Bar No. 1027701
**SEARS | BENNETT | GERDES | LLP**
9700 Richmond Avenue, Suite 222
Houston, Texas 77042

**Kenneth A Keeling**
Keeling Law Firm
3310 Katy Freeway
Suite 200
Houston, TX 77007
713-686-2222
713-579-3059 (fax)
legal@keelinglaw.com
**DEBTOR'S ATTORNEY**

**William E. Heitkamp**
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024
713-722-1200
heitkamp@ch13hou.com
**TRUSTEE**

SDG:  BRUNSM-115