Form O-100



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/25/2017

| In re: | § | Case No. 15-35677-H2-13 |
|---|---|---|
| SERENA WILLIAMS | § | (Chapter 13) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### [AND THE CODEBTOR STAY, IF APPLICABLE] AFTER HEARING
### [FORM SUBMITTED WITH ORIGINAL MOTION AND BROUGHT TO HEARING]
(This Order Resolves Docket # 48 )

N V K Properties LLC ("Movant") filed a motion for relief from the automatic stay as to leased premises at 618 Dalton, Sugar Land TX 77479 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____ Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

__XX__ The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____ The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____ After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____ No timely response was filed. Accordingly, the motion is granted by default.

_____ As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

__n/a__ Movant is awarded attorneys fees in the amount of $_____.

__n/a__ The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

**Signed:  August 25, 2017.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE